

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-21-00558-CR |
| Trial Court Cause Number: | 20-06-17345 |
| Style: | Jonte Larue Grant |
| | v. The State of Texas |
| Date motion filed*: | February 15, 2022 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | State |
| Document to be filed: | State's Brief |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | January 21, 2022 |
| Number of previous extensions granted: | 0 |
| Date Requested: | 60 days |

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Because this Court has issued an opinion dismissing this appeal for lack of appellate jurisdiction, this motion is dismissed as moot.

Judge's signature: /s/ April L. Farris
    ☐ Acting individually  ☒ Acting for the Court

Panel consists of Justices Goodman, Rivas-Molloy, and Farris

Date: February 17, 2022